# Order

**Lansing, Michigan**

September 24, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

157907-8(83)

*In re* J FERRANTI, Minor.

SC: 157907-8
COA: 340117; 340118
Otsego CC Family Division:
        13-000071-NA

_____/

   On order of the Chief Justice, the motion of the Attorney General to participate in oral argument by sharing five minutes of the petitioner-appellee's allotted time for argument is GRANTED.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

September 24, 2018

Clerk